# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAYER, DAVID S. | DISTRICT COURT - WDNC | 08/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE (FT) | ☐ Nomination Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

RM. 168
401 W. TRADE ST.
CHARLOTTE, NC 28202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $67,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ETR:FME | A | Dividend | K | T | | | | | |
| 2. NYSE:VZ | B | Dividend | K | T | | | | | |
| 3. NYSE:SEE | A | Dividend | K | T | | | | | |
| 4. | | | | | | | | | |
| 5. FIFTH THIRD - Savings | A | Interest | J | T | | | | | |
| 6. TRUST #1 (H) | | | | | | | | | |
| 7. -WELLS FARGO DEPOSIT ACCT | A | Interest | J | T | | | | | |
| 8. -JP MORGAN HIGH YEILD FUND | A | Dividend | | | Buy (add'l) | 04/01/19 | J | | |
| 9. | | | | | Sold | 10/10/19 | J | A | |
| 10. | | | | | | | | | |
| 11. -AMERICAN CENTURY TAX-FREE BOND FUND CLASS INS #328 | A | Dividend | K | T | Buy | 04/01/19 | J | | |
| 12. | | | | | Buy (add'l) | 05/13/19 | K | | |
| 13. | | | | | Sold (part) | 08/08/19 | J | A | |
| 14. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 15. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 16. | | | | | | | | | |
| 17. -NUVEEN HIGH YIELD MUNI BOND | A | Dividend | | | Buy (add'l) | 04/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold | 08/08/19 | J | A | |
| 19. | | | | | | | | | |
| 20. -NUVEEN INTERMEDIATE DURATION BOND FUND CLASS R #1670 | A | Dividend | K | T | Buy | 04/01/19 | J | | |
| 21. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 22. | | | | | Sold (part) | 08/08/19 | J | A | |
| 23. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 24. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 25. | | | | | | | | | |
| 26. -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | A | Dividend | K | T | Buy (add'l) | 02/25/19 | J | | |
| 27. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 28. | | | | | Sold (part) | 05/10/19 | J | A | |
| 29. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 30. | | | | | Buy (add'l) | 09/27/19 | J | | |
| 31. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 32. | | | | | | | | | |
| 33. PIMCO HIGH YIELD FD-INST #108 | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | | | | |
| 36.   -NUVEEN NC MUNI BOND | A | Dividend | | | Buy<br>(add'l) | 02/25/19 | J | | |
| 37. | | | | | Sold | 04/01/19 | J | A | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40.   -T ROWE PRICE INST. FLOAT | A | Dividend | | | Sold | 04/01/19 | J | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43.   -FIDELITY ADVISORS EMERGING<br>MARKETS - FIDELITY NEW MARKETS<br>INCOME FUND | A | Dividend | J | T | Sold<br>(part) | 02/22/19 | J | | |
| 44. | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 04/11/19 | J | | |
| 46. | | | | | Sold<br>(part) | 05/10/19 | J | | |
| 47. | | | | | Sold<br>(part) | 05/10/19 | J | | |
| 48. | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 49. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 50. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. | | | | | | | | | | |
| 52. | TCW EMRG MKTS INCM-I 4721 | A | Dividend | J | T | Sold<br>(part) | 02/22/19 | J | A | |
| 53. | | | | | | Sold<br>(part) | 05/10/19 | J | A | |
| 54. | | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 55. | | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 56. | | | | | | | | | | |
| 57. | -AMERICAN CENTURY SMALL CAP<br>GROWTH | A | Dividend | J | T | Sold<br>(part) | 02/22/19 | J | | |
| 58. | | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 59. | | | | | | | | | | |
| 60. | -ARTISAN MID CAP FUND CLASS INS. | A | Dividend | J | T | Buy<br>(add'l) | 02/25/19 | J | | |
| 61. | | | | | | Buy<br>(add'l) | 04/01/19 | J | | |
| 62. | | | | | | Sold<br>(part) | 05/10/19 | J | A | |
| 63. | | | | | | Sold<br>(part) | 08/08/19 | J | A | |
| 64. | | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 65. | | | | | | | | | | |
| 66. | GOLDMAN SACHS ACTIVEBETA U.S.<br>LARGE CAP EQUITY ETF | A | Dividend | K | T | Buy | 08/09/19 | K | | |
| 67. | | | | | | Sold<br>(part) | 10/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | | | | | | |
| 69. | -HARBOR CAPITAL APPRECIATION FUND | A | Dividend | J | T | Sold (part) | 02/22/19 | J | B | |
| 70. | | | | | | Sold (part) | 04/01/19 | J | A | |
| 71. | | | | | | Sold (part) | 05/10/19 | J | A | |
| 72. | | | | | | Sold (part) | 08/08/19 | J | B | |
| 73. | | | | | | Sold (part) | 10/21/19 | J | C | |
| 74. | | | | | | | | | | |
| 75. | ISHARES CORE S&P 500ETF | A | Dividend | | | Sold | 02/25/19 | J | A | |
| 76. | | | | | | | | | | |
| 77. | ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | | | Sold | 02/25/19 | J | A | |
| 78. | | | | | | | | | | |
| 79. | ISHARES TRS &P 1500 INDEX FD | A | Dividend | K | T | Buy | 02/25/19 | K | | |
| 80. | | | | | | Buy (add'l) | 04/02/19 | J | | |
| 81. | | | | | | Sold (part) | 05/13/19 | J | A | |
| 82. | | | | | | Buy (add'l) | 08/09/19 | J | | |
| 83. | | | | | | Buy (add'l) | 09/27/19 | J | | |
| 84. | | | | | | Buy (add'l) | 10/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | | | | | | |
| 86. | JENSEN QUALITY GROWTH FUND | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 87. | | | | | | | | | | |
| 88. | -JP MORGAN MID CAP VALUE FUND-CLASS L | A | Dividend | J | T | Sold (part) | 02/22/19 | J | A | |
| 89. | | | | | | Buy (add'l) | 04/01/19 | J | | |
| 90. | | | | | | Sold (part) | 05/10/19 | J | A | |
| 91. | | | | | | Sold (part) | 08/08/19 | J | | |
| 92. | | | | | | Sold (part) | 10/21/19 | J | A | |
| 93. | | | | | | | | | | |
| 94. | -MFS VALUE FUND-CLASS I | A | Dividend | J | T | Sold (part) | 02/22/19 | J | A | |
| 95. | | | | | | Sold (part) | 05/10/19 | J | A | |
| 96. | | | | | | Sold (part) | 08/08/19 | J | A | |
| 97. | | | | | | Sold (part) | 10/21/19 | J | B | |
| 98. | | | | | | | | | | |
| 99. | | | | | | | | | | |
| 100. | STRATTON SM-CAP VALUE FD N/K/A STERLING CAPITAL STRATTON SM-CP | A | Dividend | J | T | Sold (part) | 02/22/19 | J | | |
| 101. | | | | | | Buy (add'l) | 04/01/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 05/10/19 | J | | |
| 103. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 104. | | | | | | | | | |
| 105.   VANGUARD MIDCAP VIPER | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108.   -DODGE & COX INT'L STOCK | A | Dividend | | | Buy (add'l) | 02/25/19 | J | | |
| 109. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 110. | | | | | Sold | 08/08/19 | J | C | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113.   ISHARES CORE MSCI EMERGING MARKETS ETF | A | Dividend | J | T | Buy (add'l) | 04/02/19 | J | | |
| 114. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 115. | | | | | Buy (add'l) | 08/09/19 | J | | |
| 116. | | | | | Sold (part) | 09/27/19 | J | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. -OPPENHEIMER DEVELOPING MKT NEW NAME INVESCO OPPENHEIMER DEVELOPING MA | A | Dividend | J | T | Sold (part) | 02/22/19 | J | | |
| 120. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 121. | | | | | Sold (part) | 08/08/19 | J | | |
| 122. | | | | | Sold (part) | 09/26/19 | J | A | |
| 123. | | | | | Sold (part) | 10/21/19 | J | A | |
| 124. | | | | | | | | | |
| 125. | | | | | | | | | |
| 126. -T ROWE PR OVERSEAS STOCK-I #521 | A | Dividend | K | T | Buy (add'l) | 02/25/19 | J | | |
| 127. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 128. | | | | | Buy (add'l) | 08/08/19 | J | | |
| 129. | | | | | Sold (part) | 10/21/19 | J | A | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. -AQR MANAGED FUTURES STRATEGY FUND | A | Dividend | | | Buy (add'l) | 02/25/19 | J | | |
| 133. | | | | | Sold | 04/01/19 | J | | |
| 134. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. -ASG GLOBAL ALTERNATIVES FUND CLASS | A | Dividend | | | Sold (part) | 02/22/19 | J | | |
| 136. | | | | | Sold | 04/01/19 | J | | |
| 137. | | | | | | | | | |
| 138. ASG MANAGED FUTURES STRATEGY FUND | | None | | | Sold | 02/22/19 | J | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |
| 141. -BLACKROCK GLOBAL LONG/SHORT CREDIT FUND | A | Dividend | | | Sold | 04/01/19 | J | | |
| 142. | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. -EATON VANCE GLOBAL MARCO ABSOLUTE RETURN FUND #208 | A | Dividend | | | Buy (add'l) | 02/25/19 | J | | |
| 145. | | | | | Sold | 04/01/19 | J | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. EATON VANCE GLOBAL MARCO ABSOLUTE FUND#0088 | A | Dividend | | | Sold | 02/22/19 | J | A | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. -JOHN HANCOCK FUND II-ABSOLUTE RETURN | A | Dividend | | | Sold (part) | 02/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Sold | 04/01/19 | J | | |
| 153. | | | | | | | | | |
| 154. | | | | | | | | | |
| 155.  -NEUBERGER BERMAN LONG SH-INS | A | Dividend | | | Buy (add'l) | 02/25/19 | J | | |
| 156. | | | | | Sold | 04/01/19 | J | A | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159.  INVESCO BALANCED RISK COMMODITY STRATEGY FUND CLASS Y #8611 | A | Dividend | | | Buy (add'l) | 05/13/19 | J | | |
| 160. | | | | | Sold | 08/08/19 | J | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163.  -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | A | Dividend | J | T | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |
| 166.  -T ROWE PRICE REAL ESTATE FUND | A | Dividend | J | T | Buy (add'l) | 05/13/19 | J | | |
| 167. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 168. | | | | | | | | | |
| 169. IRA #1 (H) | | | | | | | | | |
| 170. -AMER BALANCED FD | A | Dividend | K | T | | | | | |
| 171. -INVESTMENT CO. AMERICA | A | Dividend | K | T | | | | | |
| 172. | | | | | | | | | |
| 173. NYSE:XOM | A | Dividend | J | T | | | | | |
| 174. | | | | | | | | | |
| 175. WELLS FARGO - Savings | A | Int./Div. | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. NYSE: GCP | | None | J | T | | | | | |
| 178. | | | | | | | | | |
| 179. NYSE:GRA | A | Dividend | K | T | | | | | |
| 180. | | | | | | | | | |
| 181. 401(k) #1 (H) | | | | | | | | | |
| 182. -NC STABLE VALUE FUND | A | Int./Div. | J | T | | | | | |
| 183. | | | | | | | | | |
| 184. ROTH IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 08/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 185.  -DEPOSIT ACOUNT - CASH - TD<br>Ameritrade | A | Int./Div. | J | T | | | | | |
| 186. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CAYER, DAVID S.** | 08/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DAVID S. CAYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544